

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00470-CV

| | | |
|---|---|---|
| SANDRA L. SARGENT, Appellant | § | On Appeal from the 231st District Court |
| | § | of Tarrant County (231-677002-20) |
| V. | § | September 11, 2025 |
| DAVID L. SARGENT, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Sandra L. Sargent shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack